UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| DALE RICKY HERMAN #749529,<br>Plaintiff,<br><br>v.<br><br>ANTILLA'S TOWING,<br>Defendant. | ) | No. 2:26-cv-36<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 21, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge